SHAFFER, as Administrator, etc., of HARRIET E. LENT, Deceased, Appellant. WILLIAM D. L. STARBUCK, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

THOMAS L. EGGLESTON, Appellant, v. CHARLES N. HASKELL, Respondent, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

WILLIAM H. McLINTOCK, Respondent, v. JOSEPHINE B. McLINTOCK, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

WILLIAM F. HAMILTON, Appellant, v. LEON H. ROUSE, as President of TYPOGRAPHICAL UNION No. 6, etc., Respondent.—Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MORTON L. MORTIMER, Respondent, v. JOHN I. D. BRISTOL, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

WILHELMINA L. BRUNK, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

JOHN A. KINGSBURY, Commissioner of Public Charities of the City of New York, on the Complaint of MARY CARTER, Respondent, v. ALBERT JOCKERS, Appellant.— Judgment and order reversed and proceeding dismissed on the ground of the insufficiency of the evidence. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

UNION ESTATES COMPANY, Respondent, v. THE LORETTA CORPORATION and Others. JAMES A. FOLEY, as Receiver of THE LORETTA CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

THE HARRIMAN NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. JESSE W. UNDERWOOD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

WILLIAM H. LEAHY, Respondent, v. EPOCH PRODUCING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MARJORIE HYROSS SZENDY, Respondent, v. EMIL H. KLUGE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

JOSEPH P. BATTLES and Another, Plaintiffs, v. WILLIAM S. McCLEVEY, Individually and as Administrator, etc., and Others, Appellants. CLINTON LIBERAL INSTITUTE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

STEFANO MASI, as Administrator, etc., Respondent, v. NATIONAL TOWEL